# Criminal Case Cover Sheet     U.S. District Court

**Place of Offense:**
City: Hagåtña
Country/Parish: _____

**Related Case Information:**
06-00015
Superseding Indictment ____ Docket Number ____
Same Defendant ____ New Defendant __X__
Search Warrant Case Number ____
R 20/ R 40 from District of ____

**Defendant Information:**

Juvenile: Yes ____ No __X__    Matter to be sealed: ____ Yes __X__ No

Defendant Name: KIAT BOON LEE

Alias Name: ____

Address: Malaysia

Birthdate: 1976  SS#: ____  Sex: M  Race: A  Nationality: Chinese

RECEIVED APR 21 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**U.S. Attorney Information:**

AUSA: Frederick A. Black

Interpreter: ____ No __X__ Yes    List language and/or dialect: Chinese/Cantonese

**Location Status:**

Arrest Date: ____
☐ Already in Federal Custody as of ____ in ____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: 1    ____ Petty ____ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 1029(a)(3) & 2 | Fraud Using Counterfeit Access Devices | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: 4-21-06    Signature of AUSA: [signed] Fred A. Black