# Criminal Case Cover Sheet          U.S. District Court

**Place of Offense:**
City ____Hagåtña____

Country/Parish _____

**Related Case Information:**
Superseding Indictment _____ Docket Number **06-00015**
Same Defendant _____ New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__    Matter to be sealed: ____ Yes __X__ No

Defendant Name ____THING CHUNG ONG____

Alias Name _____

Address ____Malaysia____

Birthdate __1982__ SS# ____ Sex __M__ Race __A__ Nationality __Chinese__

**RECEIVED APR 21 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**U.S. Attorney Information:**

AUSA ____Frederick A. Black____

**Interpreter:** ____ No __X__ Yes    List language and/or dialect: __Chinese/Cantonese__

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__    ____ Petty ____ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 1029(a)(3) & 2 | Fraud Using Counterfeit Access Devices | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: __4-21-06__    Signature of AUSA: _/s/ Frederick A. Black_

Case 1:06-cr-00015    Document 1-4    Filed 04/21/2006    Page 1 of 1