RECEIVED
APR 21 2006
US MARSHALS SERVICE-GUAM

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ GUAM

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| KIAT BOON LEE | Case Number: CR-06-00015-002 |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____KIAT BOON LEE_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

FRAUD USING COUNTERFEIT ACCESS DEVICES

**FILED**
DISTRICT COURT OF GUAM
APR 21 2006
MARY L.M. MORAN
CLERK OF COURT

in violation of Title ___18___ United States Code, Section(s) ___1029(a)(3) & 2___

| JOAQUIN V. E. MANIBUSAN, JR. | [signature] |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Magistrate Judge | 4/21/2006    Hagatna, Guam |
| Title of Issuing Officer | Date                Location |

ORIGINAL

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

USMS Hagatna Gu

| DATE RECEIVED 4/21/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 4/21/06 | GENE M. COX SPECIAL AGENT | [signature] |

# THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____KIAT BOON LEE_____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS: