# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CRIMINAL MINUTES



**FILED**

DISTRICT COURT OF GUAM

APR 21 2006

MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-06-00015**          **DATE: 04/21/2006**

******************************************************************************************************

**HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding**      Law Clerk: Judith Hattori
Court Recorder: Marilyn Alcon                                          Courtroom Deputy: Virginia T. Kilgore
**Hearing Electronically Recorded: 3:15:44 -3:25:14**                  CSO: N. Edrosa

* * * * * * * * * * * * * * * * * * * * * * * **A P P E A R A N C E S** * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFT: HENRY AUN KWANG LIM**            **ATTY : SAMUEL S. TEKER**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.        ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

**DEFT: KIAT BOON LEE**                  **ATTY : WILLIAM L. GAVRAS**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.        ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

**DEFT: THING CHUNG ONG**                **ATTY : F. RANDALL CUNLIFFE**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.        ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

**U.S. ATTORNEY: FREDERICK BLACK**       **AGENT: GENE COX, SECRET SERVICE**

**U.S. PROBATION: STEPHEN GUILLIOT**     **U.S. MARSHAL: C. MARQUEZ / D. PUNZALAN**

**INTERPRETER: SANDY WONG      ( X ) SWORN**   **LANGUAGE: CHINESE CANTONESE**

******************************************************************************************************

## PROCEEDINGS:   INITIAL APPEARANCE RE COMPLAINT

( X ) FINANCIAL AFFIDAVITS REVIEWED AND ACCEPTED.  ATTORNEYS APPOINTED AS NOTED ABOVE.

( ) DEFENDANTS SWORN AND EXAMINED:     AGE: ___    HIGH SCHOOL COMPLETED: _____

( X ) DEFENDANTS ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) COURT QUESTIONS DEFENDANTS REGARDING THEIR PHYSICAL AND MENTAL CONDITION, AND ADVISES
      DEFENDANTS OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT  ( ) INFORMATION  ( ) INDICTMENT
( ) PLEAS ENTERED:  ( ) *GUILTY*  ( ) *NOT GUILTY* - TO:_____

( X ) PRELIMINARY EXAMINATION SET FOR:  __MAY 1, 2006 AT 2:00 P.M.__
( ) ARRAIGNMENT SET FOR: _____ at _____
( ) TRIAL SET FOR: _____

( X ) DEFENDANTS REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* ( X )*DETENTION*

( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

## NOTES:

**Mr. Teker and Mr. Cunliffe informed the Court that Mr. Lim and Mr. Ong speak English.**

**The Court detained the defendants pursuant to the report and recommendation by pretrial service.**