DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00015 |
|---|---|
| Plaintiff, | |
| vs. | **APPOINTMENT ORDER** |
| **HENRY AUN KWANG LIM, et al.,** | |
| Defendants. | |

IT IS HEREBY ORDERED that **SAMUEL S. TEKER** is appointed to represent defendant **HENRY AUN KWANG LIM**, **WILLIAM L. GAVRAS** is appointed to represent defendant **KIAT BOON LEE**, and **F. RANDALL CUNLIFFE** is appointed to represent defendant **THING CHUNG ONG** in the above-entitled case.

Dated this 21st day of April, 2006.

_____
JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge
U.S. DISTRICT COURT OF GUAM

ORIGINAL