AO 83 (Rev. 10/03) Summons in a Criminal Case

RECEIVED
APR 26 2006
US MARSHALS SERVICE-GUAM

FILED
DISTRICT COURT OF GUAM
APR 27 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

UNITED STATES OF AMERICA
V.

SUMMONS IN A CRIMINAL CASE

KIAT BOON LEE

Case Number: CR-06-00015-002

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue | 413 |
| Before: HONORABLE JOAQUIN V. E. MANIBUSAN, JR. | Date and Time<br>Thursday, April 27, 2006 at 2:00 p.m. |

To answer a(n)
X Indictment ☐ Information ☐ Complaint ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

Charging you with a violation of Title _____18_____ United States Code, Section(s) __2, 371 & 1029(a)(3)__

Brief description of offense:

**CONSPIRACY TO COMMIT FRAUD BY POSSESSING OVER FIFTEEN COUNTERFEIT ACCESS DEVICES**

ORIGINAL

__MARILYN B. ALCON, Deputy Clerk__
Name and Title of Issuing Officer

_Marilyn B. Alcon_
Signature of Issuing Officer

__April 26, 2006__
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

# RETURN OF SERVICE

Service was made by me on: Date 4/27/06

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at:

USMS, Hagatna, Guam

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 4/27/06
Date

_____
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.