IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES


FILED
DISTRICT COURT OF GUAM
APR 27 2006
MARY L.M. MORAN
CLERK OF COURT

## CASE NO. CR-06-00015  DATE: 04/27/2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding  Law Clerk: Judith Hattori
Court Reporter: Wanda Miles  Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 2:35:59 - 2:39:53  CSO: N. Edrosa

**************************APPEARANCES**************************

**DEFT: KIAT BOON LEE**  **ATTY: WILLIAM L. GAVRAS**
(X) PRESENT  (X) CUSTODY  ( ) BOND  ( ) P.R.  (X) PRESENT  ( ) RETAINED  ( ) FPD  (X) CJA APPOINTED

U.S. ATTORNEY: FREDERICK BLACK  AGENT:

U.S. PROBATION: CARMEN O'MALLAN  U.S. MARSHAL: C. MARQUEZ / D. PUNZALAN

INTERPRETER: FOO MEE CHUN CLINARD, Previously sworn  LANGUAGE: CHINESE CANTONESE

## PROCEEDINGS: INITIAL APPEARANCE AND ARRAIGNMENT RE INDICTMENT

( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED. ATTORNEY APPOINTED AS NOTED ABOVE.

(X) DEFENDANT SWORN AND EXAMINED:  AGE: ___  HIGH SCHOOL COMPLETED: 9 YEARS

(X) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
(X) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
     OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
(X) DEFENDANT WAIVES READING OF ( ) COMPLAINT  ( ) INFORMATION  (X) INDICTMENT
(X) PLEA ENTERED: ( ) *GUILTY*  (X) *NOT GUILTY* - TO: CHARGE CONTAINED IN THE INDICTMENT

( ) PRELIMINARY EXAMINATION SET FOR: _____

(X) TRIAL SET FOR: JUNE 27, 2006 AT 9:30 A.M.

(X) DEFENDANT TO REMAIN IN CUSTODY
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

NOTES: