IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES


FILED
DISTRICT COURT OF GUAM
JUN 15 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-06-00015                    DATE: June 15, 2006
***************************************************************************************

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding     Law Clerk: Judith Hattori
Official Court Recorder/Courtroom Deputy: Marilyn B. Alcon
Hearing Electronically Recorded - (10:09:51 - 10:34:34 )            CSO: Norbert Edrosa
*********************** **A P P E A R A N C E S** *******************************

**DEFT:** KIAT BOON LEE                          **ATTY :** WILLIAM L. GAVRAS
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.   ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: FREDERICK BLACK                  AGENT:

U.S. PROBATION: CARLEEN BORJA                   U.S. MARSHAL: VICTOR ROMAN

***************************************************************************************

**PROCEEDINGS:**    **CHANGE OF PLEA**

( ) COMPLAINT/INFORMATION/INDICTMENT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: _____ ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED     AGE: 28     EDUCATION: NINE YEARS
( ) DEFENDANT ARRAIGNED ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE     ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION.
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT  ( ) INFORMATION  ( ) INDICTMENT
( X ) PLEA ENTERED: ( X ) *GUILTY*   ( ) *NOT GUILTY* - TO: charges contained in the Indictment

( X ) SENTENCING SET FOR : October 3, 2006 at 1:30 p.m.  PSR due to parties: August 3, 2006  PSR due to the Court: September 15, 2006.

( X ) DEFENDANT TO REMAIN IN THE CUSTODY OF THE U.S. MARSHAL SERVICE

**NOTES:** Defendant consented to enter his plea of Guilty before a U.S. Magistrate Judge. The Court executed the Report and Recommendation concerning the defendant's plea of guilty.

Pen and ink changes made to the plea agreement on page 2, para 4, line 21 - changed to read "incarceration of two (2 years) " instead of "incarceration of three (3) years".

Courtroom Deputy: _mba_