# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Kiat Boon Lee, <br><br> Defendant. | Case No. 1:06-cr-00015 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order Accepting Plea of Guilty and Adjudicating Guilt, and Notice of Sentencing filed on July 6, 2006*, on the dates indicated below:

*U.S. Attorney's Office*           *Law Offices of Gorman and Gavras*
*July 10, 2006*                    *July 10, 2006*


I, Melissa L. Trauner, declare under the penalty of perjury that on the above listed date(s) the:

*Order Accepting Plea of Guilty and Adjudicating Guilt, and Notice of Sentencing filed on July 6, 2006*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: July 11, 2006                          /s/ Melissa L. Trauner
                                                  Deputy Clerk