Adopt.psr

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334/7215

Attorneys for United States of America

**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM
AUG -9 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> KIAT BOON LEE, <br><br> Defendant. | CRIMINAL CASE NO. 06-00015 <br><br> **GOVERNMENT'S STATEMENT ADOPTING FINDINGS OF PRESENTENCE REPORT** |

Pursuant to General Order 88-1, as amended by General Orders 93-00006 and 98-00002, the United States adopts the findings of the Presentence Report for the above defendant.

RESPECTFULLY SUBMITTED this 9th day of August, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the CNMI

By: _____
FREDERICK A. BLACK
Assistant U.S. Attorney