FILED
DISTRICT COURT OF GUAM
SEP 18 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00015 |
| Plaintiff, | ) | |
| vs. | ) | |
| KIAT BOON LEE, | ) | **ORDER** |
| Defendant. | ) | |

The sentencing hearing in this case is presently scheduled for October 3, 2006. Due to the scheduling needs of the Court IT IS HEREBY ORDERED that the sentencing hearing be rescheduled to THURSDAY, September 28, 2006, at 10:00 A.M.

SO ORDERED this 18th day of September, 2006.

MORRISON C. ENGLAND*
United States District Judge

---

*The Honorable Morrison C. England, United States District Judge for the Eastern District of California, by designation.