kiatlee5k

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

ORIGINAL

**FILED**
DISTRICT COURT OF GUAM
SEP 20 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KIAT BOON LEE,<br><br>    Defendant. | CRIMINAL CASE NO. 06-00015<br><br>**GOVERNMENT'S MOTION FOR ONE-LEVEL REDUCTION AND A SUBSTANTIAL ASSISTANCE DEPARTURE** |

    The United States acknowledges defendant's early plea and cooperation and moves for an additional one-level reduction pursuant to U.S.S.G. § 3E1.1(b), which brings the guidelines to a Level 13.

    The United States hereby moves this Honorable Court for a downward departure of three (3) levels to a Level 10, as provided by 18 U.S.C. § 3553(c), and the Guidelines level, as provided by USSG Section 5K1.1, on the basis that defendant has rendered substantial assistance to the government in its investigation of counterfeit credit cards.

The government is lodging under seal a separate justification concerning the details of that cooperation. The government is recommending that defendant receive a sentence of 6 months incarceration.

RESPECTFULLY SUBMITTED this __20th__ day of September, 20006.

LEONARDO M. RAPADAS  
United States Attorney  
Districts of Guam and NMI

By: /s/ Frederick A. Black  
FREDERICK A. BLACK  
Assistant U.S. Attorney