# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-06-00015　　　　　　　　　　DATE: September 28, 2006

---

HON. MORRISON C. ENGLAND, JR., Designated Judge, Presiding
Law Clerk: None Present　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore　　Electronically Recorded: 10:11:04 - 10:31:54
CSO: B. Benavente

---

**APPEARANCES:**

Defendant: Kiat Boon Lee　　　　　　Attorney: William Gavras
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Frederick A. Black　　U.S. Agent: Gene Cox, Secret Service
U.S. Probation: Stephen Guilliot　　U.S. Marshal: G. Perez / V. Roman
Interpreter: Foo Mee Chun Clinard　　Language: Chinese Mandarin

---

**PROCEEDINGS:** Sentencing
- Court stated the appropriate Offense Levels.
- No objections by the Government and Defense.
- Motions for downward departure <u>granted</u>.
- Defendant committed to the Bureau of Prisons for a term of <u>9 months.</u>
- Upon release from imprisonment, defendant is placed on supervised release for a term of <u>3 years</u>, with conditions (refer to Judgment for conditions of supervised release).
- All fines waived by the Court.
- Defendant was ordered to pay a special assessment fee of $100.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: